United States Court of Appeals
Fifth Circuit

**F I L E D**

April 5, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51238
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARIO FRANCISCO GONZALEZ-SALAZAR also known as, Mario
Salazar-Gonzalez

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1580-ALL
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the appellee's unopposed motion to vacate
the sentence is GRANTED.

IT IS FURTHER ORDERED that the appellee's unopposed motion
to remand the case to the United States District Court, for the
Western District of Texas, El Paso Division, for resentencing is
GRANTED.

IT IS FURTHER ORDERED that the appellee's alternative

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.

unopposed motion to extend the time to file the appellee's brief 14 days from the court's denial of appellee's motion to vacate and remand is DENIED as moot.